## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS HANLEN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | Case No. 4:05CV1134MLM |
| | ) | |
| LOCAL NO. 88 MEAT CUTTERS UNION, | ) | |
| AND FOOD EMPLOYERS & ALLIED | ) | |
| INDUSTRIES PENSION FUND, | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the court on Plaintiff's Second Notice of Settlement requesting 30 additional days to file a Stipulation of Dismissal. [Doc. 7]

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. [Doc. 7]

Dated this 1st day of December , 2005.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE